# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DREACY J. ARMSTRONG,

                         Plaintiff,

v.                                          Case No. 24-CV-586-JPS

WAUKESHA COUNTY JAIL
NURSING STAFF,                           **ORDER**

                        Defendant.

Plaintiff Dreacy J. Armstrong, a prisoner confined at Oshkosh Correctional Institution, filed a pro se complaint under 42 U.S.C. § 1983 alleging that his constitutional rights were violated. ECF No. 1. On October 31, 2024, Magistrate Judge William E. Duffin issued a recommendation to this Court that this action be dismissed for the failure to state a claim and that Plaintiff be issued a strike under 28 U.S.C. § 1915(g). ECF No. 13. The time for objecting to the recommendation has passed and no objection has been received. *See* Fed. R. Civ. P. 72; Gen. L.R. 72(c).

The Court has considered the recommendation and, in light of its agreement with Magistrate Judge Duffin's analysis and without objection from Plaintiff, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's report and recommendation, ECF No. 13, be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that this case be and the same is hereby **DISMISSED** under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) for the failure to state a claim; and

**IT IS FURTHER ORDERED** that the Clerk of Court document that this inmate has incurred a "strike" under 28 U.S.C. § 1915(g).

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 19th day of November, 2024.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge